1  BRIAN C. SHAPIRO
   ATTORNEY AT LAW: 192789
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4756
   562/868-5886
4  FAX: 562/868-5491
   Email:  rohlfinglaw@hotmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MARIA ZAMBRANO, ) | No. CV 05-1660 (RNB) |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. ) | |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Based upon the parties' Stipulation For Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that counsel for Plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND ONE HUNDRED DOLLARS and no/100's ($3,100.00), as authorized by 28 U.S.C.  2412(d), and subject to the terms and conditions of the Stipulation.

DATED: January 11, 2006

_____
UNITED STATES MAGISTRATE JUDGE